# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 12-0321 AG (MLGx) | Date | March 14, 2012 |
|---|---|---|---|
| Title | LUCIANA CARMEN BURTEA v. BAC HOME LOANS SERVICING, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

**Proceedings:**     [IN CHAMBERS] ORDER RE: HEARING ON AUTOMATIC BANKRUPTCY STAY

Defendants BAC Home Loans Servicing, L.P., Reconstrust Company, N.A., and The Bank of New York Mellon (collectively, "Defendants") are ordered to show cause on March 26, 2012 at 10:00 a.m. why this case should not be remanded to state court because it was removed after the automatic bankruptcy stay became effective on February 14, 2012. At the hearing on March 26, 2012, the Court may also review other issues relating to the stay.

_____ :   0

Initials of Preparer     lmb