Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIANA CARMEN BURTEA,<br><br>Plaintiff,<br><br>vs.<br><br>BAC HOME LOANS SERVICING, L.P. f/k/a COUNTRYWIDE HOME LOAN SERVICING, L.P.; RECONTRUST COMPANY, N.A.; THE BANK OF NEW YORK MELLON AS TRUSTEE FOR THE ALTERNATIVE LOAN TRUST 2007-24 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-24; DOES 1 THROUGH 100, INCLUSIVE<br><br>Defendants. | Case No. 8:12-cv-00321-AG-MLG<br><br>Hon. Andrew J. Guilford<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order of the Court dated July 30, 2012 [Doc. No. 34], IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>August 27, 2012</u>



Hon. Andrew J. Guilford
United States District Judge

C076608/0333703/568701.1

[PROPOSED] JUDGMENT